```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
INTERNATIONAL MARKET BRANDS, INC.,                               :
                                                                 :
                        Plaintiff,                               :
                                                                 :          20-cv-1437 (LJL)
                                                                 :
                                                                 :               ORDER
                                                                 :
YANG MING MARINE TRANSPORT CORP., et al.                         :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/23/2021

LEWIS J. LIMAN, United States District Judge:

     As stated at a conference held today, the deadline for the parties to file cross-motions for summary judgment is April 30, 2021. The motions shall consist of memoranda of law, 56.1 statements, and declarations and exhibits. The submissions in support of each motion will also constitute each party's submissions in support of its case at trial, with any direct testimony being submitted in the form of a declaration.

     Unless the case is resolved by settlement or grant of summary judgment, the Court will hold a two-day remote bench trial by videoconference, beginning on June 7, 2021. Any objection to a remote videoconference shall be filed by April 2, 2021.

     The Court will hold a pretrial conference on May 26, 2021 at 3:00 p.m. by telephone conference. At that date and time the parties are directed to dial the Court's teleconference line at 888-251-2909 (access code: 2123101). The parties are directed to meet and confer in advance of the May 26, 2021 conference to agree on logistics for a remote trial. If the Court does not resolve the case by grant of summary judgment, that conference will be used to discuss logistics for trial.

     As discussed at conference, a referral to Magistrate Judge Cott for settlement will issue by separate order.

     SO ORDERED.

Dated: March 23, 2021
      New York, New York

                                                  LEWIS J. LIMAN
                                             United States District Judge