```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                   :
INTERNATIONAL MARKET BRANDS, INC.,                                 :
                                                                   :
                            Plaintiff,                             :
                                                                   :   20-cv-1437 (LJL)
                                                                   :
                                                                   :   ORDER
                                                                   :
YANG MING MARINE TRANSPORT CORP., et al.                           :
                                                                   :
                            Defendants.                            :
                                                                   :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Before the Court are cross-motions for summary judgment pursuant to Federal Rule of Civil Procedure 56. See Dkt. Nos. 19 and 23. There are genuine issues of material fact as to whether Plaintiff has made out a prima facie case of Defendant's liability under the Carriage of Goods by Sea Act, 46 U.S.C.A. § 30701, *et seq.*; *see* Fed. R. Civ. P. 56(a). Accordingly the motions are denied and the case will proceed to trial as scheduled. The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 19 and 23.

      SO ORDERED.

Dated: June 1, 2021  
       New York, New York  
                                          LEWIS J. LIMAN  
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2021